# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0546

_____

EDDIE JAMES MOULTRIE,

Petitioner,

v.

RICKY D. DIXON, Secretary,
Florida Department of
Corrections, et al.,

Respondent.

_____

Petition for Writ of Mandamus—Original Proceedings.

November 19, 2025

PER CURIAM.

As the circuit court directed a response to the petition pending below, the Court denies the petition for writ of mandamus. *See Munn v. Fla. Parole Comm'n*, 807 So. 2d 733 (Fla. 1st DCA 2002).

LEWIS, RAY, and M.K. THOMAS, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————

Eddie James Moultrie, pro se, Petitioner.

James Uthmeier, Attorney General, Tallahassee; and Kelly R. Forren, Assistant General Counsel, Tallahassee, for Respondent.